UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FILED
JUL 28 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) ) 4:21CR428 MTS/NAB |
| DEMERIA THOMAS, | ) ) ) |
| Defendant. | ) ) |

# INDICTMENT

## GENERAL ALLEGATIONS

The Grand Jury charges that:

At all times relevant to this Indictment:

1. The City of St. Louis (MO) is a governmental entity pursuant to the laws of the State of Missouri;

2. Among other functions, the City of St. Louis operates the City Justice Center, which houses pre-trial detainees and sentenced misdemeanor offenders;

3. The City Justice Center is staffed by correctional officers and civilian employees who perform tasks including the staffing of housing units;

4. Defendant DEMERIA THOMAS was employed by the City of St. Louis as a corrections officer;

5. Defendant DEMERIA THOMAS was tasked with performing functions relating to the detention of arrestees.

1

## COUNT ONE
## [18 U.S.C. §242]

6. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7. On or about March 22, 2021, within the Eastern District of Missouri, the defendant,

**DEMERIA THOMAS,**

while acting under color of law, willfully deprived P.W. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from the use of unreasonable force. In so doing, the defendant knowingly permitted two other inmates, A.H. and K.M., to physically assault P.W. This offense resulted in bodily injury to P.W.

In violation of and punishable under Title 18, United States Code, Section 242 and Title 18, United States Code, Section 2(b).

A TRUE BILL.

_____

FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____

SIRENA MILLER WISSLER
ASSISTANT UNITED STATES ATTORNEY
111 S. 10th Street, 20th Floor
St. Louis, MO 63102